UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUAN PEDRO CALL COC,
A-221-486-285,

        Petitioner,

    v.

WARDEN, GOLDEN STATE ANNEX
DETENTION FACILITY,

        Respondent.

No.  1:26-cv-2287-DC-DMC-HC

ORDER

Petitioner, an immigration detainee proceeding pro se, filed an amended petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  See ECF No. 8.  The Court has conducted a preliminary review of the amended petition pursuant to Rule 4 of the Rules Governing Habeas Corpus Cases Under Section 2254.[1]  In light of the complexity of the legal issues involved, the Court has determined that the interests of justice require the appointment of counsel for Petitioner and Petitioner's motion for appointment of counsel will, therefore, be granted.  See 18 U.S.C. § 3006A(a)(2)(B); see also Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983).

---

[1]    Rule 1(b) of the Rules Governing Habeas Corpus Cases Under Section 2254 allows a district court to apply any or all of the rules to other types of habeas corpus petitions including § 2241 petitions.

Because Petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, Respondent will be directed to show cause why the writ should not be granted by filing an answer or motion to dismiss within 21 days from the date of this order. See 28 U.S.C. § 2243.  Petitioner may file a reply/traverse to the answer/return or opposition to the motion to dismiss within 14 days after being served a copy of it.

In accordance with the above, IT IS HEREBY ORDERED that:

1.      Petitioner's motion to appoint counsel, ECF No. 3, is GRANTED and The Federal Defender is appointed to represent Petitioner.

2.      The Clerk of the Court shall serve a copy of this order, along with a copy of the § 2241 petition, on the Federal Defender, Attention: Habeas Appointment.

3.      Within seven (7) days of this order, the appointing authority for the Eastern District of California shall identify counsel and send counsel's contact information to the undersigned's courtroom deputy Jodi Palmer at jpalmer@caed.uscourts.gov, and counsel will be added as counsel for Petitioner.  If counsel is not a member of the Eastern District of California Criminal Justice Act Panel, within seven days of this Order the Federal Defender shall file a motion to appoint counsel as CJA counsel *pro hac vice*.

4.      Respondent is directed to file a response or motion to dismiss within 21 days. Respondent shall include with the response any and all transcripts or other documents relevant to the determination of the issues presented in the habeas application.

5.      Petitioner's reply or opposition, if any, is due on or before 14 days from the date Respondent's response is filed.

Dated:  April 22, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2