UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUAN PEDRO CALL COC,
A-221-486-285,

             Petitioner,

    v.

WARDEN, GOLDEN STATE ANNEX
DETENTION FACILITY,

             Respondent.

No.  1:26-cv-2387-DC-DMC-HC

ORDER

Petitioner, an immigration detainee proceeding pro se, filed an amended petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. See ECF No. 8. Pending before the Court is Petitioner's motion for leave to file traverse out of time, ECF No. 13.

Petitioner was appointed counsel on April 29, 2026. See ECF No. 10. Respondent timely filed the answer to the amended petition, ECF No. 12, which triggered a 14-day deadline for Petitioner to file a reply, in accordance with the schedule issued in ECF No. 9. That deadline was May 19, 2026. On May 21, 2026, Petitioner filed the pending motion, concurrent with Petitioner's traverse in an effort to ensure "[n]o further delay will result from granting this relief." ECF No. 13, pg. 2. Petitioner's counsel contends that, due to the timeline of his appointment and when the traverse was due, Petitioner's counsel was unable to contact Petitioner and prepare a

1

timely traverse. See id. Petitioner argues the two-day delay does not prejudice Respondents, such delay is minimal and will not impact the timeline of proceedings, the delay was reasonable, and in good faith. See id. at 2-3 (citing Pioneer Inv. Servs. v. Brunswick Assocs. Ltd., 507 U.S. 380, 395 (1993).

Good cause appearing, the undersigned is granting Petitioner's motion, ECF No. 13, and will accept Petitioner's traverse, ECF No. 13-1, as timely.

IT IS SO ORDERED.

Dated: May 22, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE